# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 05-62530  SQU  Judge: JOHN SQUIRES
Case Name: DEAN, AMY JO

For Period Ending: 06/16/08

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 10/16/05 (f)
341(a) Meeting Date: 02/17/06
Claims Bar Date: 06/01/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. ALAN FARNELL CLIENT TRUST ACCOUNT (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| 2. Escrow fund | 0.00 | 0.00 | | 39,217.34 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 809.17 | Unknown |
| 4. REAL PROPERTY | 390,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. BANK ACCOUNTS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. WEDDING RING | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. INTERESTS IN INSURANCE POLICIES | 3,200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. PENSION PLANS AND PROFIT SHARING | 69,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. LAWSUIT V MARIO ARDONIA | Unknown | Unknown | | 0.00 | FA |
| Resolved in turnover of escrow funds in #2, above | | | | | |
| TOTALS (Excluding Unknown Values) | $470,200.00 | $5,000.00 | | $45,026.51 | $0.00 Value of Remaining Assets (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08   Current Projected Date of Final Report (TFR): 12/31/08

/s/ BRENDA PORTER HELMS, TRUSTEE
_____ Date: 06/16/08
BRENDA PORTER HELMS, TRUSTEE

PFORM1

Ver 12.63