IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                         )    NO. 05 B 62530
AMY JO DEAN                    )    HON. EUGENE R. WEDOFF
                               )    BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: UNITED STATES BANKRUPTCY COURT
       219 SOUTH DEARBORN, COURTROOM 744
       CHICAGO, ILLINOIS 60604

   ON: **July 15, 2008**            AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                        $45,020.81

   DISBURSEMENTS                                   $130.00

   NET CASH AVAILABLE FOR DISTRIBUTION   $44,890.81

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   APPLICANT              COMPENSATION           FEES NOW       EXPENSES

|  | PREVIOUSLY PAID | REQUESTED |  |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $5,252.08 | $53.06 |
| Kathleen O'Dekirk | $0.00 | $6,007.75 | $29.30 |

5. Internal Revenue Service filed a priority claim in the amount of $19,700.21 and will receive a distribution of 100% of its allowed claim. No other priority creditors filed claims.

6. General unsecured creditors filed the following claims totaling $346,429.40, and will receive a distribution on their claims of 2.3%:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Dept of Treasury | $5,618.90 | $129.20 |
| Discover Bank | $6,914.71 | $159.00 |
| Dyck-O'Neal | $159,842.24 | $3,675.42 |
| Ecast Settlement | $27,712.00 | $637.21 |
| GE Consumer Fin | $3,524.19 | $81.04 |
| MBNA America | $5,680.28 | $130.61 |
| Real Time Resolutions | $137,137.08 | $3,153.34 |

9. No late claims were filed.

10. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor received a discharge.

For the Court:

Dated:  **June 17, 2008**                    **KENNETH S. GARDNER**
                                             Kenneth S.Gardner, Clerk
                                             United States Bankruptcy Court

Trustee:  Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 267-7300 ext 268
          (773) 267-9405 (fax)

## SERVICE LIST

**AMY JO DEAN**
**05 B 62530**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Kathleen O'Dekirk
2916 North Pine Grove, #1
Chicago, IL  60657