IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 62530 |
| AMY JO DEAN | ) | HON. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT:  UNITED STATES BANKRUPTCY COURT
        219 SOUTH DEARBORN, COURTROOM 744
        CHICAGO, ILLINOIS 60604

   ON:  **July 15, 2008**          AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   | | |
   |---|---|
   | RECEIPTS | $45,020.81 |
   | DISBURSEMENTS | $130.00 |
   | NET CASH AVAILABLE FOR DISTRIBUTION | $44,890.81 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | APPLICANT | COMPENSATION | FEES NOW | EXPENSES |
   |---|---|---|---|

|  | PREVIOUSLY PAID | REQUESTED |  |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $5,252.08 | $53.06 |
| Kathleen O'Dekirk | $0.00 | $6,007.75 | $29.30 |

5. Internal Revenue Service filed a priority claim in the amount of $19,700.21 and will receive a distribution of 100% of its allowed claim. No other priority creditors filed claims.

6. General unsecured creditors filed the following claims totaling $346,429.40, and will receive a distribution on their claims of 2.3%:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Dept of Treasury | $5,618.90 | $129.20 |
| Discover Bank | $6,914.71 | $159.00 |
| Dyck-O'Neal | $159,842.24 | $3,675.42 |
| Ecast Settlement | $27,712.00 | $637.21 |
| GE Consumer Fin | $3,524.19 | $81.04 |
| MBNA America | $5,680.28 | $130.61 |
| Real Time Resolutions | $137,137.08 | $3,153.34 |

9. No late claims were filed.

10. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor received a discharge.

For the Court:

Dated: **June 17, 2008**     **KENNETH S. GARDNER**
　　　　　　　　　　　　　　Kenneth S. Gardner, Clerk
　　　　　　　　　　　　　　United States Bankruptcy Court

Trustee: Brenda Porter Helms
　　　　　3400 W. Lawrence Avenue
　　　　　Chicago IL 60625
　　　　　(773) 267-7300 ext 268
　　　　　(773) 267-9405 (fax)

## SERVICE LIST

**AMY JO DEAN**
**05 B 62530**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Kathleen O'Dekirk
2916 North Pine Grove, #1
Chicago, IL  60657

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jun 17, 2008
Case: 05-62530                 Form ID: pdf002              Total Served: 38

The following entities were served by first class mail on Jun 19, 2008.
db           +Amy Jo Dean,    1560 N. Sandburg Terrace,    Unit 4115,    Chicago, IL 60610-1347
aty          +Alan S Farnell,    10 South LaSalle Street,    Suite 3300,    Chicago, IL 60603-1026
aty          +Kathleen A O'dekirk,    2916 N Pine Grove #1,    Chicago, IL 60657-5708
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
10396549    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court:   BMW Financial,    5515 Parkcenter Circle,    Dublin, OH 43017)
10650888     +BMW Financial Services NA, LLC,    c/o Michael J. McKitrick,    150 N. Meramec, 4th Floor,
               St. Louis, MO 63105-3876
10396547     +Bank of America,    P.O. Box 29981,    Phoenix, AZ 85038-0981
10396548     +Bass & Associates,    3936 E. Fort Lowell Road,    Tucson, AZ 85712-1097
10396550     +Bradley Gordon,    P.O. Box 14537,    Chicago, IL 60614-0537
10396551     +Bridge Capital,    27121 Towne Centre Drive,    Foothill Ranch, CA 92610-2825
10396552     +Deutseche Bank, as Trustee,    c/o Heavner Scott,    111 E. Main Street, Ste. 200,
               Decatur, IL 62523-1339
10755762     +Dyck-O'Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
10396555    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Department of the Treasury,    Internal Revenue Service,
               P O Box 21126,    Philadelphia, PA  19114)
10396554     +Illinois Department of Revenue,    Alan S. Farnell, Esq.,    10 S. LaSalle Street, Suite 3300,
               Chicago, IL 60603-1026
10396556     +Litton Loan Servicing, LP,    4828 Loop Central Drive,    Houston, TX 77081-2166
10396557     +Long Beach Mortgage,    1400 S. Douglass Rd., Ste. 100,    Anaheim, CA 92806-6906
10396560      MBNA America,    P.O. Box 15288,    Wilmington, DE 19886-5288
10396559     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10396558     +MBNA America Bank, N A,    POB 35480,    Newark, NJ 07193-5480
10396561     +MCCBG/Grants Appliance,    P.O. Box 276,    Dayton, OH 45401-0276
10396563      National City,    P.O. Box 856176,    Louisville, KY 40285-6176
10679743     +Old Canal Financial,    O. C. F.,    P O Box 29890,    Anaheim, CA 92809-0196
10396564     +Old Canal Financial Corporation,    22641 Old Canal Road,    Yorba Linda, CA 92887-4601
10396565     +Par Orleans Condo Association,    Levenfeld Pearlstein,    2 North LaSalle Street, Ste. 1300,
               Chicago, IL 60602-3709
10758991     +Parc Orleans Condominium Association,    Levenfield Pearlstein, LLC,    2 N. LaSalle St., Ste 1300,
               Chicago, IL 60602-3709
10396566     +People's Choice,    c/o ILL Corp. Service Co. Register,    801 Stevenson Drive,
               Springfield, IL 62703-4261
10716935    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
              (address filed with court:   Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
               PO Box 36655,    Dallas Texas 75235)
10396567      Revenue Production Management,    P.O. Box 830913,    Birmingham, AL 35283-0913
10396569     +Saxon Mortgage Services,    4708 Mercantile Drive North,    Fort Worth, TX 76137-3605
10396568     +Saxon Mortgage Services, Inc.,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
10756209     +The Patterson Law Firm, P.C.,    33 North LaSalle,    Suite 3350,    Chicago, Illinois 60602-3394
10396570      Willshire Credit Corp,    P.O. Box 8517,    Portland, OR 97207-8517
10396571     +Wilshire Credit Corp,    1776 Madison Street,    Portland, OR 97205-1715
10672948      eCAST Settlement Corporation assignee of,    MBNA America Bank NA,    POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Jun 18, 2008.
10640345      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2008 07:18:06
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10396553      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2008 07:18:06      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
10650884     +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2008 07:16:22      GE Consumer Finance,
               For GE Money Bank,    dba Best Buy,    P.O. BOX 960061,    Orlando, Fl 32896-0061
10396562      E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2008 07:16:24      Monogram CC Bank GA,
               P.O. Box 960061,    Orlando, FL 32896-0061
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10667218*    +Saxon Mortgage Services, Inc.,    4708 Mercantile Drive North,    Fort Worth, TX 76137-3605
10667219*    +Saxon Mortgage Services, Inc.,    4708 Mercantile Drive North,    Fort Worth, TX 76137-3605
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jun 17, 2008
Case: 05-62530                Form ID: pdf002          Total Served: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2008**               **Signature:**     *Joseph Speetjens*