UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| AMY JO DEAN | CASE NO. 05-62530 |
| Debtor(s). | HON. EUGENE R. WEDOFF |

### FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $11,342.19 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $5,882.59 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $19,700.21 |
| General Unsecured Claims: | $7,980.71 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$44,905.70** |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 5,882.59 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 13 | The Patterson Law Firm P.C. Personal Property & Intangibles-Consensual Liens | $5,882.59 | $5,882.59 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $11,342.19 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $5,252.08 | $5,252.08 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $53.06 | $53.06 |
| | Kathleen O'Dekirk, Attorney for Trustee Fees | $6,007.75 | $6,007.75 |
| | Kathleen O'Dekirk, Attorney for Trustee Expenses | $29.30 | $29.30 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 19,700.21 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 10A | Dept Of Treasury Claims of Governmental Units-- 507 | $19,700.21 | $19,700.21 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 346,429.40 | 2.30 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 10 | Dept Of Treasury General Unsecured 726 | $5,618.90 | $129.44 |
| 1 | Discover Bank/Discover Financial General Unsecured 726 | $6,914.71 | $159.29 |
| 12 | Dyck-O'Neal Inc. General Unsecured 726 | $159,842.24 | $3,682.29 |
| 6 | Ecast Settlement Corp. Assignee Of General Unsecured 726 | $27,712.00 | $638.40 |
| 4 | GE Consumer Finance General Unsecured 726 | $3,524.19 | $81.19 |
| 11 | MBNA America Bank General Unsecured 726 | $5,680.28 | $130.86 |
| 9 | Real Time Resolutions, Inc. General Unsecured 726 | $137,137.08 | $3,159.24 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | GE Consumer Finance for GE Money Bank, P.O. Box 960061, Orlando FL 32896 | $3,524.19 | Withdrawn |
| Secured | 3 | BMW Financial, 5515 Parkcenter Circle, Dublin OH 43017 | $17,300.83 | Withdrawn |
| Secured | 5 | Saxon Mortgage Services, 4708 Mercantile Drive North, Fort Worth TX 76137 | $312,282.88 | Withdrawn |
| Priority | 14 | Illinois Dept of Revenue, c/o Alan Farnell, 10 S. LaSalle St. #3300, Chicago IL 60603 | $25,000.00 | Disallowed |
| Unsecured | 7 | Old Canal Financial, P.O. Box 29890, Anaheim CA 92809 | $116,318.95 | Disallowed |
| Secured | 8 | Wilshire Credit Corp., P.O. Box 8517, Portland OR 97207 | $78,687.97 | Disallowed |
| Secured | 15 | Parc Orleans Condo Ass'n, Levenfeld, Pearlstein, 2 N. LaSalle St, #1300, Chicago IL 60602 | $25,093.08 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  7/21/08                              /s/Brenda Porter Helms /s/