IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY JO DEAN | ) NO. 05-62530 |
| | ) HON. JOHN H. SQUIRES, |
| | ) BANKRUPTCY JUDGE |

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
    United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.


Dated: October 14, 2008                    /s/ Brenda Porter Helms
                                           _____
                                           Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                    CHAPTER 7

AMY JO DEAN                               CASE NO. 05-62530

          Debtor(s).             HON. EUGENE R. WEDOFF

FINAL DISTRIBUTION REPORT

    I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $11,342.19 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $5,882.59 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $19,700.21 |
| General Unsecured Claims: | $7,980.71 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $44,905.70 |

*Group Exhibit A* (handwritten)

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 5,882.59 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 13 | The Patterson Law Firm P.C. Personal Property & Intangibles-Consensual Liens | $5,882.59 | $5,882.59 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $11,342.19 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
|  | Brenda Porter Helms, Trustee Trustee Compensation | $5,252.08 | $5,252.08 |
|  | Brenda Porter Helms, Trustee Trustee Expenses | $53.06 | $53.06 |
|  | Kathleen O'Dekirk, Attorney for Trustee Fees | $6,007.75 | $6,007.75 |
|  | Kathleen O'Dekirk, Attorney for Trustee Expenses | $29.30 | $29.30 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 19,700.21 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 10A | Dept Of Treasury Claims of Governmental Units-- 507 | $19,700.21 | $19,700.21 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 346,429.40 | 2.30 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 10 | Dept Of Treasury General Unsecured 726 | $5,618.90 | $129.44 |
| 1 | Discover Bank/Discover Financial General Unsecured 726 | $6,914.71 | $159.29 |
| 12 | Dyck-O'Neal Inc. General Unsecured 726 | $159,842.24 | $3,682.29 |
| 6 | Ecast Settlement Corp. Assignee Of General Unsecured 726 | $27,712.00 | $638.40 |
| 4 | GE Consumer Finance General Unsecured 726 | $3,524.19 | $81.19 |
| 11 | MBNA America Bank General Unsecured 726 | $5,680.28 | $130.86 |
| 9 | Real Time Resolutions, Inc. General Unsecured 726 | $137,137.08 | $3,159.24 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | GE Consumer Finance for GE Money Bank, P.O. Box 960061, Orlando FL 32896 | $3,524.19 | Withdrawn |
| Secured | 3 | BMW Financial, 5515 Parkcenter Circle, Dublin OH 43017 | $17,300.83 | Withdrawn |
| Secured | 5 | Saxon Mortgage Services, 4708 Mercantile Drive North, Fort Worth TX 76137 | $312,282.88 | Withdrawn |
| Priority | 14 | Illinois Dept of Revenue, c/o Alan Farnell, 10 S. LaSalle St. #3300, Chicago IL 60603 | $25,000.00 | Disallowed |
| Unsecured | 7 | Old Canal Financial, P.O. Box 29890, Anaheim CA 92809 | $116,318.95 | Disallowed |
| Secured | 8 | Wilshire Credit Corp., P.O. Box 8517, Portland OR 97207 | $78,687.97 | Disallowed |
| Secured | 15 | Parc Orleans Condo Ass'n, Levenfeld, Pearlstein, 2 N. LaSalle St. #1300, Chicago IL 60602 | $25,093.08 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __7/21/08__                    __/s/Brenda Porter Helms /s/__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| AMY JO DEAN | ) | CASE NO. 05-62530 |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Kathleen O'Dekirk compensation                $6,007.75

2. Kathleen O'Dekirk expenses                    $29.30

    TOTAL                                        $6,037.05

DATED this 15th day of July, 2008

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
|---|---|---|
| | ) | |
| AMY JO DEANO | ) | CASE NO. 05-62530 |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $5,252.08 |
| 2. | Trustee's expenses | $53.06 |
| | TOTAL | $5,305.14 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this __15th__ day of __July__, 2008.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 05-62530 -SQU |
|---|---|
| Case Name | DEAN, AMY JO |
| Taxpayer ID No | *******5921 |
| For Period Ending | 10/14/08 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A |
| Account Number / CD #: | *******1846 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/28/06 | 1 | Alan Farnell<br>10 S. LaSalle St<br>Chicago IL 60603 | turnover of funds in client trust a | 1229-000 | 5,000.00 | | 5,000.00 |
| 03/14/06 | | The Patterson Law Firm<br>33 N. LaSalle Street Suite 3350<br>Chicago IL 60602 | turnover of escrow account | 1129-000 | 39,217.34 | | 44,217.34 |
| 03/15/06 | 000101 | International Sureties, Ltd<br>203 Cardondelet St<br>New Orleans LA 70130 | bond premium | 2300-000 | | 31.96 | 44,185.38 |
| 03/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.36 | | 44,206.74 |
| 04/28/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 36.33 | | 44,243.07 |
| 05/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.58 | | 44,280.65 |
| 06/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 36.40 | | 44,317.05 |
| 07/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.64 | | 44,354.69 |
| 08/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.67 | | 44,392.36 |
| 09/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 36.48 | | 44,428.84 |
| 10/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.74 | | 44,466.58 |
| 11/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 36.55 | | 44,503.13 |
| 12/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.79 | | 44,540.92 |
| 01/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.84 | | 44,578.76 |
| 02/27/07 | 000102 | International Sureties, Ltd | bond premium | 2300-000 | | 47.96 | 44,530.80 |
| 02/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 34.20 | | 44,565.00 |
| 03/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.86 | | 44,602.86 |
| 04/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 36.66 | | 44,639.52 |
| 05/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.91 | | 44,677.43 |
| 06/29/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 36.72 | | 44,714.15 |
| 07/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.98 | | 44,752.13 |
| 08/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 38.01 | | 44,790.14 |
| 09/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 28.53 | | 44,818.67 |
| 10/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 28.55 | | 44,847.22 |
| 11/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 23.96 | | 44,871.18 |
| 12/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 21.45 | | 44,892.63 |
| 01/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 17.79 | | 44,910.42 |
| 02/14/08 | 000103 | International Sureties Ltd<br>701 Polydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 50.08 | 44,860.34 |
| 02/29/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 10.67 | | 44,871.01 |
| 03/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 10.60 | | 44,881.61 |
| 04/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 9.20 | | 44,890.81 |
| 05/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.70 | | 44,896.51 |
| 06/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.52 | | 44,902.03 |
| 07/21/08 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.67 | | 44,905.70 |
| 07/21/08 | | Transfer to Acct #*******7572 | Final Posting Transfer | 9999-000 | | 44,905.70 | 0.00 |

Exhibit B

| Case No | 05-62530-SQL | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name | DEAN, AMY JO | | | Bank Name: | BANK OF AMERICA, N.A |
| | | | | Account Number / CD # | *******7572 Checking - Non Interest |
| Taxpayer ID No | *******5921 | | | | |
| For Period Ending | 10/14/08 | | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/08 | | Transfer from Acct #*******1846 | Transfer In From MMA Account | 9999-000 | 44,905.70 | | 44,905.70 |
| 07/21/08 | 001001 | The Patterson Law Firm P.C. 33 N. LaSalle Street #3350 Chicago IL 60602 | final distribution d | 4210-000 | | 5,882.59 | 39,023.11 |
| 07/21/08 | 001002 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 5,252.08 | 33,771.03 |
| 07/21/08 | 001003 | Brenda Porter Helms | trustee expenses | 2200-000 | | 53.06 | 33,717.97 |
| 07/21/08 | 001004 | Kathleen O'Dekirk | ATTORNEY FEES | 3210-000 | | 6,007.75 | 27,710.22 |
| 07/21/08 | 001005 | Kathleen O'Dekirk | attorney expenses | 3220-000 | | 29.30 | 27,680.92 |
| 07/21/08 | 001006 | Dept of Treasury | final description | 2810-000 | | 19,700.21 | 7,980.71 |
| 07/21/08 | 001007 | Dept of Treasury Internal Revenue Service P.O. Box 21126 Philadelphia PA 19114 | final distribution | 7100-000 | | 129.44 | 7,851.27 |
| 07/21/08 | 001008 | Discover BankDiscover Financial P.O. Box 8003 Hilliard OH 43026 | final distribution | 7100-000 | | 159.29 | 7,691.98 |
| 07/21/08 | 001009 | Dyck-O'Neal Inc. P.O. Box 13370 Arlington TX 76094 | final distribution | 7100-000 | | 3,682.29 | 4,009.69 |
| 07/21/08 | 001010 | eCAST Settlement Cor. assignee of MBNA America POB 35480 Newark NJ 07193 | final distribution | 7100-000 | | 638.40 | 3,371.29 |
| 07/21/08 | 001011 | GE Consumer Finance for GE Money Bank dba Best Buy P.O. Box 960061 Orlando FL 32896 | final distribution | 7100-000 | | 81.19 | 3,290.10 |
| 07/21/08 | 001012 | MBNA America Bank Mailstop DE5-014-02-03 P O Box 15168 Wilmington DE 19850 | final distribution | 7100-000 | | 130.86 | 3,159.24 |
| 07/21/08 | 001013 | Real Time Resolutions, Inc. 1750 Regal Row Suite 120 P.O. Box 36655 Dallas TX 75235 | final distribution | 7100-000 | | 3,159.24 | 0.00 |

Total Of All Accounts    0.00

PFORM24    Ver: 14.10a